BRYAN SCHRODER
United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99501
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. |
| | ) |
| Plaintiff, | ) COUNT 1: |
| | ) POSSESSION OF A CONTROLLED |
| vs. | ) SUBSTANCE WITH INTENT TO |
| | ) DISTRIBUTE |
| WALLY LEONARD LUND, | )    Vio. of 21 U.S.C. § 841(a)(1) and |
| | ) 841(b)(1)(B) |
| Defendant. | ) |
| | ) COUNT 2: |
| | ) CARRYING OF A FIREARM |
| | ) DURING AND IN RELATION TO A |
| | ) DRUG TRAFFICKING CRIME |
| | )   Vio. 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) |
| | ) COUNT 3: |
| | ) FELON IN POSSESSION OF A |
| | ) FIREARM |
| | )    Vio. of 18 U.S.C. §§ 922(g)(1) and |
| | ) 924(a)(2) |
| | ) |
| | ) |

|  | ) CRIMINAL FORFEITURE |
|---|---|
|  | ) ALLEGATION 1 |
|  | )   Vio. of 21 U.S.C. § 853 and |
|  | ) R. 32.2(a), Fed. R. Crim. P. |
|  | ) |
|  | ) CRIMINAL FORFEITURE |
|  | ) ALLEGATION 2 |
|  | )   Vio. of 18 U.S.C. § 924(d) and 28 |
|  | ) U.S.C. § 2461(c) |
|  | ) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about March 4, 2019, in the District of Alaska, WALLY LEONARD LUND, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 5 grams or more of actual methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B).

## COUNT 2

On or about March 4, 2019, in the District of Alaska, WALLY LEONARD LUND, during and in relation to the drug trafficking crime charged in Count 1 of this Indictment, did knowingly use and carry a firearm, to wit: one Smith & Wesson sub-compact, .22 caliber semiautomatic pistol, and did knowingly and intentionally possess this firearm in furtherance of the aforesaid drug trafficking crime.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 3

On or about March 4, 2019, within the District of Alaska, the defendant, WALLY LEONARD LUND, having previously been convicted of the following crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: one Smith & Wesson sub-compact, .22 caliber semiautomatic pistol;

Felony Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| November 20, 2006 | Manslaughter, in violation of AS 11.41.120(a)(1) | State of Alaska | 4FA-05-2108 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, WALLY LEONARD LUND, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

(1) Scales, bags, and other drug distributing paraphernalia;

(2) Smith & Wesson sub-compact, .22 caliber semiautomatic pistol, serial number HHX8263;

(3) Sundance Inc. A-25, .25 caliber semiautomatic pistol, serial number 038018;

(4) Raven Arms P-25, .25 caliber semiautomatic pistol, serial number 310130;

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), or 924(c)(1)(A)(i), the defendant, WALLY LEONARD LUND, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

(5) Smith & Wesson sub-compact, .22 caliber semiautomatic pistol, serial number HHX8263;

(6) Sundance Inc. A-25, .25 caliber semiautomatic pistol, serial number 038018;

(7) Raven Arms P-25, .25 caliber semiautomatic pistol, serial number 310130;

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Ryan D. Tansey
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: 05/22/2019